UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-37612 |
|---|---|---|
| LORI FRAZIER | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**Order on Debtor's Motion for Sanctions Against Seize, Inc.**

THIS MATTER coming to be heard on Motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised of the premises and due notice haven been given to the parties entitled thereto:

It is so ORDERDED:

1. Seize, Inc., is ordered to release Debtor's 2006 Lincoln LS to the Debtor immediately. Cox

2. Seize, Inc., is ordered to pay actual damages to the Debtor in the amount of $720 ($120/day)

3. Seize, Inc., is ordered to pay reasonable attorney's fees to Debtor's attorney in the amount of $450. Cox

Enter: Jacqueline B. Cox
J. Cox

United States Bankruptcy Judge

Dated: 1-29-18

**Prepared by:**
Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Rev: 20130104_bko