# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: **JACQUELINE P. COX**

Hearing Date: 2/20/18

Bankruptcy Case No.: 17-37612

Adversary No.:

Title of Case: In Re: LORI FRAZIER

Brief Statement of Motion: AMENDED MOTION FOR SANCTIONS

Names and Addresses of moving counsel: MICHAEL R. COLTER, II + DUSTIN ALLEN, DAVID M. SIEGEL + ASSOC. LL, 790 Chaddick Dr. Wheeling IL 60090

Representing: LORI FRAZIER

## ORDER

IT IS HEREBY ORDERED and Jesus Vilatone

1. SEIZE, INC is ordered to release and deliver Debtor's 2006 LINCOLN LS to the Debtor by 5:00 PM today.

2. Seize, Inc. is ordered to pay actual damages of $1,080.00 to Debtor with damages of $120.00 for every day after 2/20/18 that Seize, Inc does deliver vehicle to Debtor.

3. Seize, Inc is ordered to pay David M. Siegel attorney fees in the amount of $450.00.

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: **JACQUELINE P. COX**

Hearing Date: 2/20/18

Bankruptcy Case No.: 17-37612

Adversary No.:

Title of Case: In Re: LORI FRAZIER

Brief Statement of Motion: AMENDED MOTION FOR SANCTIONS

Names and Addresses of moving counsel:
DAVID SIEGEL + ASSOC LLC
790 CHADDICK DR
WHEELING IL 60090

Representing: LORI FRAZIER

## ORDER

**IT IS HEREBY ORDERED**

4. Counsel for LORI FRAZIER may amend their damages, both actual and punitive based on Seize, Inc cooperation, upon court approval.

5. Counsel for LORI FRAZIER may amend their ~~damages~~ attorney fees as necessary upon court approval.

6. Primeritus and Turbo are given until February 27, 2018, at 10:00 AM to retain counsel.

7. All matters set for status on February 27, 2018, at 10:00 AM.

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

/s/ Jacqueline Cox

6/11/99

(2) of (2)