## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Jacqueline P. Cox | Hearing Date | MARCH 12, 2018 |
| Bankruptcy Case No. | 17-37612 | Adversary No. | |
| Title of Case | LORI FRAZIER | | |

Brief Statement of Motion: MOTION OF LORI FRAZIER TO IMPOSE STAY

Names and Addresses of moving counsel: DAVE SIEGEL / CLAY MOSBERG

Representing: LORI FRAZIER

## ORDER

### IT IS HEREBY ORDERED

THAT DEBTOR'S MOTION TO IMPOSE STAY IS CONTINUED TO MARCH 26, 2018 AT 10:30 AM

*Jacqueline P. Cox*

J. COX

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99