# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: April 2, 2018

Bankruptcy Case No.: 17-37612

Adversary No.:

Title of Case: LORI FRAZIER

Brief Statement of Motion: MOTION OF LORI FRAZIER TO IMPOSE STAY

Names and Addresses of moving counsel: DAVE SIEGEL / CLAY MOSBERG

Representing: LORI FRAZIER

## ORDER

IT IS HEREBY ORDERED THAT THE automatic stay IS entered ~~AND CONTINUED TO AND~~ imposed through and including MAY 7, 2018 at 10:30.

Jacqueline P. Cox
United States Bankruptcy Judge