UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Jacqueline P. Cox | **Hearing Date** | August 15, 2018 |
| **Bankruptcy Case No.** | 17 B 37612 | **Adversary No.** | |
| **Title of Case** | Lori Frazier | | |

**Brief Statement of Motion:** Confirmation Hearing

**Names and Addresses of moving counsel:**

**Representing:**

# ORDER

**IT IS HEREBY ORDERED** that the Confirmation of the Plan is DENIED.

*Jacqueline P. Cox*
*J. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99